

**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

May 8, 2015

Stamatios Stamoulis
stamoulis@swdelaw.com

<u>V**IA** CM/ECF **AND** H**AND** D**ELIVERY**</u>
The Honorable Richard G. Andrews
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

      Re:    *Adaptive Data LLC v Brother International,*
               C.A. No. 1:14-1550-RGA

Dear Judge Andrews:

    We write in response to the Oral Order issued by the Court on May 5, 2015 in the above captioned matter. The parties have agreed to resolve this dispute, but due to the fact that the defendant is headquartered overseas, additional time is needed for the resolution to be finalized. The parties expect that the above captioned matter will be dismissed with prejudice within forty-five (45) days. We respectfully ask that the court permit the parties this additional time to finalize their resolution. If that matter has not been dismissed by June 22, 2015, Plaintiff will write to the Court and advise the Court regarding the status of this matter.

    We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

                                                    Respectfully,

                                                    Stamatios Stamoulis  #4606
                                                    Counsel for Plaintiff

cc:    All Counsel of Record